THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAXIMO GARCIA, Appellant, v. WARDEN, SING SING PRISON, Respondent.

Christ, Acting P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.